UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                              No.  22-CR-553-LTS

MICHAEL ARCHILLA,

       Defendant.

-------------------------------------------------------x

## Scheduling Order

The pretrial conference in this case is scheduled to proceed on January 11, 2023, at 3:00 p.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

     SO ORDERED.

Dated: New York, New York                             _/s/ Laura Taylor Swain_____
      January 5, 2023                                    LAURA TAYLOR SWAIN
                                                            Chief United States District Judge