UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA

-v-

No. 22-CR-553-LTS

MICHAEL ARCHILLA,
Defendant.

-----------------------------------------------------x

ORDER

In light of the sentence of time served imposed on the Defendant this day, the Defendant is hereby ordered released from the custody of the United States Marshals Service.

SO ORDERED.

Dated: New York, New York
September 23, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge